**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC. )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>AT&T, INC.; AT&T CORP.; AT&T MOBILITY )<br>LLC; APPLE, INC. and MOTOROLA, INC. )<br>)<br>*Defendants*. )<br>) | CA No. 1:10-cv-00428 (SLR) |

**JOINT STIPULATION AND ORDER DISMISSING**

**DEFENDANT AT&T INC.**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff Golden Bridge Technology, Inc. ("Plaintiff") and Defendant AT&T Inc., that Plaintiff's Complaint [D.I. 1] with respect to Defendant AT&T Inc. is dismissed without prejudice. The caption of this action is accordingly amended to delete AT&T Inc. as a named party. This stipulation shall have no affect on the claims asserted against either AT&T Corp. or AT&T Mobility LLC and both AT&T Corp. and AT&T Mobility LLC remain named defendants in the Complaint.

DATED: August 12, 2010

By: */s/ Sean M. Brennecke* _____
David J. Margules (#2254)
Sean M. Brennecke (# 4686)
BOUCHARD, MARGULES
 & FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington, Del. 19801
(302) 573-3500 - Telephone
(302) 573-3501 – Facsimile
dmargules@bmf-law.com
sbrennecke@bmf-law.com

Roderick G. Dorman
Lawrence M. Hadley
Hazim Ansari
Mieke K. Malmberg
Bryan L. Yates
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 – Facsimile
dormanr@hbdlawyers.com
hadleyl@hbdlawyers.com
ansarih@hbdlawyers.com
malmbergm@hbdlawyers.com
yatesb@hbdlawyers.com

*Attorneys for Plaintiff Golden Bridge Technology, Inc.*

DATED:  August 12, 2010                    By:   */s/ John G. Day*_____
                                                                 John G. Day (#2403)
                                                                 ASHBY & GEDDES
                                                                 500 Delaware Avenue, 8th Floor
                                                                 P.O. Box 1150
                                                                 Wilmington, DE 19899
                                                                 (302) 654-1888 – Telephone
                                                                 (302) 654-2067 - Facsimile
                                                                 jday@ashby-geddes.com

                                                                *Attorneys for Defendant AT&T Inc.*


SO ORDERED, this _____ day of _____2010


_____
The Honorable Sue L. Robinson
United States District Court Judge