IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 10-428-SLR |
| AT&T CORP., et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-165-SLR |
| T-MOBILE USA, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 16th day of August, 2011, having conferred with counsel in the above captioned cases;

IT IS ORDERED that:

1. The above captioned cases are stayed pending further order of the court, to allow the parties to participate in mediation with Judge Thynge. In this regard, the parties in Civ. No. 10-428 have agreed to share their discovery with the defendants in

Civ. No. 11-165, subject to protective orders which the parties shall execute. Judge Thynge shall manage all further discovery needed to make the mediation a meaningful one, including the need for some fundamental damages information.

2. The telephonic scheduling conference originally scheduled for August 22, 2011 in Civ. No. 11-165 is cancelled.

3. The court will conduct an in-person status/scheduling conference on **Tuesday, February 21, 2012 at 4:30 p.m.** in courtroom 4B, fourth floor Federal Building, 844 King Street, Wilmington, Delaware.

4. The motions filed by AT&T Corp. and AT&T Mobility LLC to consolidate and stay (Civ. No. 10-428, D.I. 85; Civ. No. 11-165, D.I. 124) are denied without prejudice to renew after the status conference.

5. The motion to dismiss filed by Dell, Inc. (Civ. No. 11-165, D.I. 143) is denied without prejudice to renew after the status conference.

*[signature]*
United States District Judge