**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC. ) <br> ) <br>               *Plaintiff*, ) <br> ) <br> vs. ) <br> ) <br> AT&T CORP.; AT&T MOBILITY LLC; APPLE ) <br> INC. and MOTOROLA MOBILITY, INC. ) <br> ) <br>               *Defendants*. ) <br> ) <br> ) <br> ) | CA No. 10-428 (SLR) <br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITHOUT
<u>PREJUDICE OF AT&T CORP. AND AT&T MOBILITY LLC.</u>**

WHEREAS on May 21, 2010 Plaintiff Golden Bridge Technology, Inc. ("GBT") filed a Complaint for Patent Infringement;

WHEREAS on August 16, 2010, defendants AT&T Corp. and AT&T Mobility LLC filed an Answer and Counterclaim;

WHEREAS on June 1, 2010 AT&T Corp. and AT&T Mobility LLC filed a First Amended Answer and Counterclaim; and

WHEREAS, Plaintiff GBT and Defendants AT&T Corp. and AT&T Mobility have entered into a Tolling Agreement dated November 11, 2011 (the "Tolling Agreement");

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the terms of the Tolling Agreement that:

1. Defendants AT&T Corp. and AT&T Mobility LLC are dismissed from this action without prejudice;

    2.    AT&T Corp. and AT&T Mobility LLC's counterclaims against GBT are dismissed without prejudice.

| | |
|---|---|
| KLEHR HARRISON<br>  HARVEY BRANZBURG LLP<br><br>*/s/ David S. Eagle*<br>David S. Eagle (#3387)<br>Sean M. Brennecke (#4686)<br>919 N. Market Street, Suite 1000<br>Wilmington, Del. 19801<br>(302) 426-1189 - Telephone<br>(302) 426-9193 – Facsimile<br>deagle@klehr.com<br>sbrennecke@klehr.com<br><br>*Attorneys for Plaintiff, Golden Bridge Technology, Inc.* | ASHBY & GEDDES<br><br>/s/ *John G. Day*<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 – Telephone<br>(302) 654-2067 - Facsimile<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Defendant,<br>AT&T Corp., AT&T Mobility LLC* |
| POTTER ANDERSON<br>  & CORROON LLP<br><br>/s/ *Richard L. Horowitz*<br>Richard L. Horwitz (#2246)<br>David Ellis Moore (#3983)<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.,<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000 - Telephone<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant, Apple Inc.* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Jack Blumenfeld*<br>Jack Blumenfeld (#1014)<br>1201 N. Market St., 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302-658-9200<br>jblumenfeld@mnat.com<br>jbbefiling@mnat.com<br><br>*Attorneys for Defendant, Motorola Mobility Inc.* |