IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 10-428-SLR |
| v. | ) | |
| | ) | |
| APPLE INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| GOLDEN BRIDGE TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-165-SLR |
| v. | ) | |
| | ) | |
| AMAZON.COM INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on May 21, 2010, Plaintiff Golden Bridge Technology, Inc. ("Plaintiff")

filed the action styled as *Golden Bridge Technology, Inc. v. Apple Inc. et. al.*, Case No. 1:10-cv-

00428 (SLR), alleging infringement of  U.S. Patent No. 7,359,427 B2 and 6,574,267 C1 ("the

Apple Action");

WHEREAS on February 24, 2011, Plaintiff filed the action styled as *Golden Bridge

Technology, Inc. v. Amazon.Com Inc., et. al.*, Case No. 11-165 for infringement of U.S. Patent

No. 7,359,427 B2 and 6,574,267 C1 (the "Amazon Action");

WHEREAS on August 16, 2011, the Court stayed the Apple Action and the Amazon

Action pending further order of the Court, to allow the parties to participate in mediation with

26975\3008778.1
ME1 13209859v.1

Magistrate Judge Thynge.  At that time, fact discovery had been conducted and was closed in the

Apple Action, but no fact discovery had yet begun or been conducted in the Amazon Action;

WHEREAS to facilitate the mediation process, Plaintiff provided the Defendants in the

Amazon Action with substantially all of the discovery taken in the Apple Action (*see* DI 212 in

the Amazon Action);

WHEREAS some of the parties to  the Apple Action and the Amazon Action participated

in a mediation with Magistrate Judge Thynge from January 18 through January 21, but no

settlement was reached with respect to Plaintiff's claims against the parties to this agreement;

WHEREAS both Plaintiff and Defendant Apple are ready to lift the stay and set a new

schedule for expert discovery, claim construction proceedings, dispositive motions, and trial;

WHEREAS Plaintiff and the Stipulating Defendants (which includes all present

Defendants to the Amazon Action as well as Motorola Mobility Inc., a party in the Apple

Action) agree that in an effort to conserve judicial and party resources, Plaintiff's claims against

the Stipulating Defendants should be stayed as set forth herein until judgment is entered in the

Apple Action with respect to Plaintiff's claims against Apple Inc. or an order dismissing Apple

Inc. is entered, whichever occurs sooner;

WHEREAS Plaintiff and the Stipulating Defendants further agree that it is in the interests

of judicial economy to avoid the need for multiple claim construction determinations in the

Apple and Amazon Actions, while at the same time balancing the interests of the Stipulating

Defendants and Plaintiff with respect to claim constructions that may be made by the Court in

the Apple Action.

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the undersigned

counsel that, subject to the Court's approval:

1.      All proceedings, including discovery, with respect to the Stipulating Defendants shall be stayed until further order of the Court or until such time as final judgment is entered in the Apple Action with respect to Plaintiff's claims against Apple Inc. or an order dismissing Apple Inc. is entered, except that the Stipulating Defendants shall have the right, but not the obligation, to submit a supplemental claim construction brief in the Apple Action and to appear and argue at the claim construction hearing in the Apple action, subject to the provisions of Paragraphs 2, 3, 4, and 5 below.

2.      Within fourteen (14) days of the entry of this Stipulation and Order by the Court, Stipulating Defendants must File and a serve a "Notice of Intent" indicating whether they intend to participate in the claim construction proceeding in the Apple Action.

3.      With regard to Stipulating Defendants who have elected to participate in the claim construction proceeding in the Apple Action only:

a.      Seven (7) days following the deadline for service of Stipulating Defendants' Notices of Intent, Plaintiff shall provide participating Stipulating Defendants with an updated list of accused instrumentalities pursuant to paragraph 4.a. of the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") (the "Default Standard");

b.      Thirty (30) days following the service of the updated list of accused instrumentalities, participating Stipulating Defendants shall produce to Plaintiff "core technical documents" (as defined in paragraph 4.b. of the Default Standard) related to the products accused of infringing the '427 and '267 patents; and

c.      Fifteen (15) days following the production of the core technical documents, Plaintiffs shall provide Stipulating Defendants with initial claim charts relating to the

accused infringement of the '427 and '267 patents pursuant to paragraph 4.c. of the Default

Standard.

For the avoidance of doubt, Stipulating Defendants that do not elect to participate

in the claim construction proceeding in the Apple Action are not required to comply with the

requirements of this Paragraph 3.[1]

4.      Seven (7) days following the deadline for service of Stipulating Defendants'

Notices of Intent, Plaintiff, Apple and the Stipulating Defendants that have elected to participate

in the claim construction proceedings in the Apple Action shall submit a jointly proposed case

scheduling Order for the Court's consideration that contemplates a trial in or around April 2013

against Apple only, subject to the Court's availability and approval, and provides dates for, *inter*

*alia*, for the identification of claim terms, the exchange of proposed constructions, and the filing

of a joint claim chart for those parties participating in claim construction proceedings in the

Apple Action.

5.      The Stipulating Defendants that elect to participate in the claim construction shall

file one supplemental answering claim construction brief and one supplemental sur-reply claim

construction brief on the same dates that Apple's answering and sur-reply claim construction

briefs are filed.[2]

---

[1] A Stipulating Defendant may withdraw its intent to participate in the claim construction proceeding in the Apple Action at any time.

[2] HTC submits that each Stipulating Defendant should be allowed to file its own supplemental answering claim construction brief and supplemental sur-reply claim construction brief. HTC contends, to the extent that there is any deviation between Apple and the Stipulating Defendants as to the construction of a claim term, it is likely to be Defendant specific. HTC further contends, in this situation, a joint brief from all of the Stipulating Defendants is inappropriate. Plaintiff requests that Plaintiff and Defendants be afforded an equal number of briefs and/or pages for claim construction briefing.

6.     In any further proceedings with respect to the Stipulating Defendants, Plaintiff and the Stipulating Defendants shall not be permitted to revisit any claim construction determinations made in the Apple Action or construe any additional terms without a showing of good cause; however, good cause shall include, for example, Plaintiff asserting any additional claims that were not asserted against Apple Inc., or Plaintiff asserting different infringement theories not asserted in the Apple Action.

Dated:  March 30, 2012                          MCCARTER & ENGLISH, LLP

                                                By:  _/s/ Daniel M. Silver_____
                                                     Michael P. Kelly (DE #2295)
                                                     Daniel M. Silver (DE #4758)
                                                     Renaissance Centre
                                                     405 N. King Street 8th Floor
                                                     Wilmington, DE 19801
                                                     Tel: (302) 984-6300
                                                     Fax:  (302) 984-6399
                                                     mkelly@mccarter.com
                                                     dsilver@mccarter.com

                                                *Attorneys for Plaintiff*
                                                *Golden Bridge Technology, Inc.*

Dated:  March 30, 2012                          POTTER ANDERSON & CORROON LLP

                                                By: */s/ Richard L. Horwitz*_____
                                                     Richard L. Horwitz (#2246)
                                                     David Ellis Moore (#3983)
                                                     1313 N. Market St., Hercules Plaza, 6th Fl.
                                                     P.O. Box 951
                                                     Wilmington, DE 19899
                                                     (302) 984-6000
                                                     rhorwitz@potteranderson.com
                                                     dmoore@potteranderson.com

                                                *Attorneys for Defendant, Apple, Inc.*

Dated:  March 30, 2012                    MORRIS NICHOLS ARSHT & TUNNELL

                                          By: */s/ Jack Blumenfeld*
                                          _____
                                              Jack Blumenfeld (#1014)
                                              1201 N. Market St.
                                              P.O. Box 1347
                                              Wilmington, DE 19899
                                              302-658-9200
                                              jblumenfeld@mnat.com

                                          *Attorneys for Defendant, Motorola Mobility Inc.*


Dated:  March 30, 2012                    POTTER ANDERSON & CORROON, LLP

                                          By:  */s/ Richard L. Horwitz*
                                          _____
                                              Richard L. Horwitz (#2246)
                                              David E. Moore (#3983)
                                              Hercules Plaza, 6th Fl.
                                              1313 N. Market St.
                                              P.O. Box 951
                                              Wilmington, DE 19899−0951
                                              (302) 984−6000
                                              rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

                                          *Attorneys for Defendants, Amazon.Com, Inc.*

Dated:  March 30, 2012                    MORRIS NICHOLS ARSHT & TUNNELL

                                          By:  */s/ Jeremy A. Tigan*
                                          _____
                                              Thomas C. Grimm (#1098)
                                              Jeremy A. Tigan (#5239)
                                              1201 N. Market St.
                                              P.O. Box 1347
                                              Wilmington, DE 19899
                                              (302) 658-9200
                                              tgrimm@mnat.com
                                              jtigan@mnat.com

                                          *Attorney for Barnes & Noble, Inc.,*
                                          *Barnesandnoble.com LLC and*
                                          *Barnesandnoble.com Inc.*

Dated:  March 30, 2012                      RICHARDS, LAYTON & FINGER, PA

                                            By:   */s/ Jaclyn C. Levy*
                                                  Steven J. Fineman (#4025)
                                                  Jaclyn C. Levy (#5631)
                                                  One Rodney Square
                                                  920 N. King St.
                                                  Wilmington, DE 19801
                                                  (302) 651−7700
                                                  fineman@rlf.com


                                            *Attorneys for Defendant, Dell, Inc.*


Dated:  March 30, 2012                      POTTER ANDERSON & CORROON, LLP

                                            By:   */s/ David E. Moore*
                                                  Richard L. Horwitz (#2246)
                                                  David E. Moore (#3983)
                                                  Hercules Plaza, 6th Fl.
                                                  1313 N. Market St.
                                                  P.O. Box 951
                                                  Wilmington, DE 19899−0951
                                                  (302) 984−6000
                                                  rhorwitz@potteranderson.com
                                                  dmoore@potteranderson.com


                                            *Attorneys for Defendants, Hewlett-Packard
                                            Company*

Dated:  March 30, 2012                      MORRIS NICHOLS ARSHT & TUNNELL

                                            By:   */s/ Thomas C. Grimm*
                                                  Thomas C. Grimm (#1098)
                                                  1201 N. Market St.
                                                  P.O. Box 1347
                                                  Wilmington, DE 19899
                                                  (302) 658-9200
                                                  tgrimm@mnat.com


                                            *Attorneys for Defendants, HTC Corp. (aka High
                                            Tech Computer Corp.), HTC (BVI) Corp., HTC
                                            America Inc. and Exedea Inc.*

Dated:  March 30, 2012                    RICHARDS, LAYTON & FINGER, PA


                                          By:   */s/ Elizabeth R. He*
                                                Jeffrey L. Moyer (#3309)
                                                Elizabeth R. He (#5345)
                                                One Rodney Square
                                                920 N. King St.
                                                Wilmington, DE 19801
                                                (302) 651-7700
                                                moyer@rlf.com


                                          *Attorneys for Defendant, Huawei Technologies*
                                          *Co. Ltd*


Dated:  March 30, 2012                    POTTER ANDERSON & CORROON, LLP


                                          By:   */s/ Philip A. Rovner*
                                                Philip A. Rovner (#3215)
                                                Hercules Plaza, 6th Fl.
                                                1313 N. Market St.
                                                P.O. Box 951
                                                Wilmington, DE 19899−0951
                                                (302) 984−6000
                                                provner@potteranderson.com


                                          *Attorneys for Defendants, Lenovo (United States)*
                                          *Inc.*


Dated:  March 30, 2012                    FISH & RICHARDSON PC


                                          By:   */s/ Thomas L. Halkowski*
                                                Thomas Lee Halkowski (#4099)
                                                222 Delaware Ave.
                                                P.O. Box 1114
                                                Wilmington, DE 19899-1114
                                                (302) 652-5070
                                                halkowski@fr.com


                                          *Attorneys for Defendants, LG Electronics Inc.*
                                          *and LG Electronics Mobilecomm USA Inc.*

Dated:  March 30, 2012                  MORRIS JAMES LLP

By:  */s/ Kenneth L. Dorsney*
     Richard K. Herrmann (#405)
     Mary B. Matterer (#2696)
     Kenneth L. Dorsney (#3726)
     500 Delaware Avenue, Suite 1500
     P.O. Box 2306
     Wilmington, DE 19899−2306
     (302) 888-6800
     kdorsney@morrisjames.com
     rherrmann@morrisjames.com
     mmatterer@morrisjames.com

*Attorneys for Defendants, Option NV and Option NV Wireless USA Inc.*

Dated:  March 30, 2012                  POTTER ANDERSON & CORROON, LLP

By:  */s/ Richard L. Horwitz*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Fl.
     1313 N. Market St.
     P.O. Box 951
     Wilmington, DE 19899−0951
     (302) 984−6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendants, Palm, Inc.*

Dated:  March 30, 2012                          POTTER ANDERSON & CORROON, LLP

                                                By:  */s/ Richard L. Horwitz*
                                                     Richard L. Horwitz (#2246)
                                                     David E. Moore (#3983)
                                                     Hercules Plaza, 6th Fl.
                                                     1313 N. Market St.
                                                     P.O. Box 951
                                                     Wilmington, DE 19899−0951
                                                     (302) 984−6000
                                                     rhorwitz@potteranderson.com
                                                     dmoore@potteranderson.com

                                                *Attorneys for Defendants, Panasonic Kabushiki*
                                                *Kaisha (aka Panasonic Corporation), Panasonic*
                                                *Corporation, Panasonic Corporation of North*
                                                *America, Panasonic Electronic Devices*
                                                *Corporation of America*

Dated:  March 30, 2012                          PARKOWSKI , GUERKE & SWAYZE, P.A.

                                                By:  */s/ Michael W. Arrington*
                                                     John C. Andrade (# 1037)
                                                     Michael W. Arrington (# 3603)
                                                     116 West Water Street
                                                     P.O. Box 598
                                                     Dover, DE 19903
                                                     (302) 678−3262
                                                     jandrade@pgslegal.com
                                                     marrington@pgslegal.com

                                                *Attorneys for Defendants, Pantech Corp.*
                                                *(formerly known as Pantech Co. Ltd.) and*
                                                *Pantech Wireless Inc.*

Dated:  March 30, 2012                    MORRIS JAMES LLP

                                          By:   */s/ Richard K. Herrmann*
                                                Richard K. Herrmann (#405)
                                                Mary B. Matterer (#2696)
                                                500 Delaware Avenue, Suite 1500
                                                P.O. Box 2306
                                                Wilmington, DE 19899−2306
                                                (302) 888-6800
                                                rherrmann@morrisjames.com

                                          *Attorneys for Defendants, Research in Motion*
                                          *and Research in Motion Corporation*

Dated:  March 30, 2012                    DLA PIPER LLP

                                          By:   */s/ Denise S. Kraft*
                                                Denise S. Kraft (#2778)
                                                919 N. Market Street, Suite 1500
                                                Wilmington, DE 19801
                                                (302) 468-5645
                                                denise.kraft@dlapiper.com

                                          *Attorneys Defendants, Sharp Corporation and*
                                          *Sharp Electronics Corporation*

Dated:  March 30, 2012                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                          By: */s/ Jeremy A. Tigan*
                                                Thomas C. Grimm (#1098)
                                                Jeremy A. Tigan (#5239)
                                                1201 North Market Street
                                                P.O. Box 1347
                                                Wilmington, DE 19899
                                                (302) 658-9200
                                                tgrimm@mnat.com
                                                jtigan@mnat.com

                                          *Attorneys for Sierra Wireless Inc. and Sierra*
                                          *Wireless America Inc.*

Dated:  March 30, 2012                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                          By:  */s/ Rodger D. Smith, II*
                                              Rodger D. Smith, II (#3778)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE 19899
                                              (302) 658-9200
                                              rsmith@mnat.com

                                          *Attorneys for Sony Electronics Inc., Sony
                                          Corporation of America and Sony Ericsson
                                          Mobile Communications (USA) Inc.*

Dated:  March 30, 2012                    CONNOLLY, BOVE, LODGE & HUTZ

                                          By:  */s/ Thatcher A. Rahmeier*
                                              Zhun Lu (#4427)
                                              Thatcher A. Rahmeier (#5222)
                                              The Nemours Building
                                              1007 North Orange Street
                                              P.O. Box 2207
                                              Wilmington, DE 19899
                                              (302) 658-9141
                                              zl@cblh.com
                                              trahmeier@cblh.com

                                          *Attorneys for Defendants, ZTE Corporation, ZTE
                                          (USA) Inc. and ZTE Solutions Inc.*

**APPROVED AND SO ORDERED**

DATED _____2012            _____

                                          UNITED STATES DISTRICT JUDGE