IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GOLDEN BRIDGE TECHNOLOGY, INC.,    )
   )
            Plaintiff,    )
   )
            v.    )   C.A. No. 10-428 (SLR)
   )
APPLE INC., *et al.,*    )
   )
            Defendants.    )

## UNOPPOSED MOTION TO SUBSTITUTE PARTIES

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, defendant Motorola Mobility, Inc. hereby respectfully moves the Court for an order substituting the currently named defendant Motorola Mobility, Inc. with defendant Motorola Mobility LLC.  Plaintiff Golden Bridge Technology, Inc. does not oppose any of the relief requested in the Motion.

## FACTS

On June 22, 2012, Motorola Mobility, Inc. filed a Certificate of Conversion in the State of Delaware, in which Motorola Mobility, Inc. converted from a corporation to a limited liability company, and changed its name to Motorola Mobility LLC.  Motorola Mobility LLC is the successor-in-interest to Motorola Mobility, Inc. There is no longer an entity operating under the name "Motorola Mobility, Inc."

The parties agree that the representations contained in this Motion are offered solely in an effort to correct the record and to avoid unnecessary motion practice and shall have no bearing on the merits of the case or otherwise be construed as an admission concerning any defense or claim.

## CONCLUSION

Motorola Mobility, Inc. hereby respectfully moves the Court for an order substituting current defendant Motorola Mobility, Inc. with new defendant Motorola Mobility LLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Motorola Mobility, Inc.*

OF COUNSEL:

Mitchell G. Stockwell
K. James Sangston
Vanessa M. Blake
KILPATRICK TOWNSEND & STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

November 28, 2012

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GOLDEN BRIDGE TECHNOLOGY, INC.,    )
                                   )
                   Plaintiff,      )
                                   )
          v.                       )    C.A. No. 10-428 (SLR)
                                   )
APPLE INC., *et al.*,              )
                                   )
                   Defendants.     )

## ORDER GRANTING THE UNOPPOSED MOTION TO SUBSTITUTE PARTIES

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, defendant Motorola Mobility, Inc. moved the Court for an order substituting the currently named defendant Motorola Mobility, Inc. with defendant Motorola Mobility LLC.  Plaintiff Golden Bridge Technology, Inc. does not oppose any of the relief requested in the Motion.

After considering the Motion and the positions of justice, such Motion is GRANTED in its entirety.

It is ORDERED that Motorola Mobility LLC is substituted for Motorola Mobility, Inc., the style of the case is revised accordingly, and all prior pleadings, motions, answers, and/or other filed documents in this case reflecting "Motorola Mobility, Inc." shall be deemed to now say "Motorola Mobility LLC" instead.

_____
                                                        J.

Date: _____

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 28, 2012, upon the following in the manner indicated:

Michael P. Kelly, Esquire                           *VIA ELECTRONIC MAIL*
Thomas A. Stevens, Esquire
Daniel M. Silver, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Golden Bridge Technology Inc.*

Mark D. Giarratana, Esquire                         *VIA ELECTRONIC MAIL*
Eric E. Grondahl, Esquire
MCCARTER & ENGLISH, LLP
City Place I
185 Asylum Street
Hartford, CT  06103
*Attorneys for Golden Bridge Technology Inc.*

Stephen A. Saltzburg, Esquire                       *VIA ELECTRONIC MAIL*
George Washington University Law School
2000 H Street, NW
Washington, DC  20052
*Attorneys for Golden Bridge Technology Inc.*

Richard L. Horwitz, Esquire                         *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Apple Inc.*

Timothy S. Teter, Esquire
Sriranga R. Veeraraghavan, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304
*Attorneys for Apple Inc.*

*VIA ELECTRONIC MAIL*

Jack B. Blumenfeld (#1014)