# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>APPLE INC., )<br>   )<br>   Defendant. ) | C.A. No. 10-428-SLR-MPT<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF ALL ASSERTED CLAIMS

Defendant Apple Inc. ("Apple") respectfully moves this Court under Rule 56 of the Federal Rules of Civil Procedure for an Order granting summary judgment that all claims of U.S. Patent Nos. 6,574,267 and 7,359,427 asserted by plaintiff Golden Bridge Technology, Inc. ("GBT") are invalid.

The grounds for this Motion are set forth in the Memorandum of Points and Authorities and supporting Defendant's Appendix filed in support of this Motion contemporaneously herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Timothy S. Teter
Lowell Mead
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: December 7, 2012
1085692 / 35716

*Attorneys for Defendant Apple Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 7, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 7, 2012, the attached document was electronically mailed to the following person(s)

Michael Kelly
Thomas A. Stevens
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
thstevens@mccarter.com
dsilver@mccarter.com
*Attorneys for Plaintiff*
*Golden Bridge Technology Inc.*

Mark D. Giarrantana
Eric E. Grondahl
Mccarter & English, LLP
City Place I
185 Asylum Street
Hartford, CT  06103
mgiarrantana@mccarter.com
egrondahl@mccarter.com
*Attorneys for Plaintiff*
*Golden Bridge Technology Inc.*

Richard S. Zembek
Daniel S. Leventhal
Fulbright & Jaworski L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
rzembek@fulbright.com
dleventhal@fulbright.com
*Attorneys for Defendants AT&T Corp., and AT&T Mobility LLC*

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
*Attorneys for Defendant Motorola Mobility LLC*

K. James Sangston
Vanessa M. Blake
Mitchell G. Stockwell
Wilson L. White
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
jsangston@kilpatrickstockton.com
vblake@kilpatrickstockton.com
mstockwell@kilpatrickstockton.com
wwhite@kilpatrickstockton.com
*Attorneys for Defendant Motorola Mobility LLC*

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

971919/35716