# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Civil Action No. 1:10-CV-00428-SLR <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT APPLE INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF ALL ASSERTED CLAIMS

Defendant Apple Inc. ("Apple") respectfully moves this Court under Rule 56 of the Federal Rules of Civil Procedure for an Order granting summary judgment that all claims of U.S. Patent Nos. 6,574,267 and 7,359,427 asserted by plaintiff Golden Bridge Technology, Inc. ("GBT") are not infringed.

The grounds for this Motion are set forth in the Memorandum of Points and Authorities and supporting Defendant's Supplemental Appendix filed in support of this Motion contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Timothy S. Teter <br> Lowell D. Mead <br> Cooley LLP <br> 3175 Hanover Street <br> Palo Alto, CA  94304-1130 <br> Tel:  (650) 843-5000 <br> Facsimile:  (650) 849-7400 <br> tteter@cooley.com <br> lmead@cooley.com | By:  */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> 1313 N. Market Street <br> Hercules Plaza, 6th Floor <br> Wilmington, DE  19899-0951 <br> Tel:  (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| Dated:  December 21, 2012 <br> 1087797 / 35716 | *Attorneys for Defendant Apple Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 21, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 21, 2012, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Michael Kelly | Mark D. Giarrantana |
| Thomas A. Stevens | Eric E. Grondahl |
| Daniel M. Silver | McCarter & English, LLP |
| McCarter & English, LLP | City Place I |
| Renaissance Centre | 185 Asylum Street |
| 405 N. King Street, 8th Floor | Hartford, CT 06103 |
| Wilmington, DE 19801 | mgiarrantana@mccarter.com |
| mkelly@mccarter.com | egrondahl@mccarter.com |
| thstevens@mccarter.com | *Attorneys for Plaintiff* |
| dsilver@mccarter.com | *Golden Bridge Technology Inc.* |
| *Attorneys for Plaintiff* | |
| *Golden Bridge Technology Inc.* | |

Stephen A. Saltzburg
George Washington University Law School
2000 H Street, NW
Washington, DC 20052
ssaltz@law.gwu.edu
*Attorneys for Plaintiff*
*Golden Bridge Technology Inc.*

                                            */s/ David E. Moore*
                                            Richard L. Horwitz
                                            David E. Moore
                                            POTTER ANDERSON & CORROON LLP
                                            (302) 984-6000
                                            rhorwitz@potteranderson.com
                                            dmoore@potteranderson.com

1082578/(35716/36619)