## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., *et al.*, ) <br> ) <br> Defendants. ) | C.A. No. 10-428-SLR-MPT <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT APPLE INC.'S *DAUBERT* MOTION

Defendant Apple Inc. ("Apple") respectfully moves this Court under Fed. R. Evid. 702, *Daubert v. Merrell Dow Pharms.,* 509 U.S. 579 (1993), and Fed. R. Evid. 403 for an Order excluding from evidence certain opinions of Dr. Branimir Vojcic, Mr. Melvin Garner, and Dr. Charles Boncelet as proffered by plaintiff Golden Bridge Technology, Inc. ("GBT") in this case.

The grounds for this Motion are set forth in the Memorandum of Points and Authorities filed in support of this Motion contemporaneously herewith.

Apple and GBT conferred regarding the present motion and were unable to reach agreement regarding the relief sought.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Timothy S. Teter
Lowell D. Mead
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Apple Inc.*

Dated: January 25, 2013
1091698 / 35716

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 25, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 25, 2013, the attached document was electronically mailed to the following person(s)

Michael Kelly
Thomas A. Stevens
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
thstevens@mccarter.com
dsilver@mccarter.com
*Attorneys for Plaintiff*
*Golden Bridge Technology Inc.*

Mark D. Giarrantana
Eric E. Grondahl
Mccarter & English, LLP
City Place I
185 Asylum Street
Hartford, CT  06103
mgiarrantana@mccarter.com
egrondahl@mccarter.com
*Attorneys for Plaintiff*
*Golden Bridge Technology Inc.*

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
*Attorneys for Defendant Motorola Mobility LLC*

K. James Sangston
Vanessa M. Blake
Mitchell G. Stockwell
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
JSangston@KilpatrickStockton.com
VBlake@KilpatrickStockton.com
MStockwell@KilpatrickStockton.com
*Attorneys for Defendant Motorola Mobility LLC*

                    */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

971919/35716