IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC. | ) | |
| | ) | PUBLIC VERSION |
| Plaintiff, | ) | |
| | ) | C.A. No. 10-428-SLR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| APPLE INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**APPENDIX TO PLAINTIFF GOLDEN BRIDGE TECHNOLOGY, INC.'S
OPPOSITION TO DEFENDANT APPLE INC.'S MOTION FOR SUMMARY
JUDGMENT OF INVALIDITY OF ALL ASSERTED CLAIMS**

McCARTER & ENGLISH, LLP
Michael P. Kelly (# 2295)
Daniel M. Silver (# 4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*

Mark D. Giarratana
Eric E. Grondahl
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
*mgiarratana@mccarter.com*
*egrondahl@mccarter.com*

*Attorneys for Golden Bridge Technology, Inc.*

Public Version Filed: January 31, 2013
Dated: December 21, 2012

ME1 14582714v.1

## **TABLE OF CONTENTS**

**Document**                                                                                                    **Page**

1. Excerpts from the Deposition of Kourosh Parsa
   taken on July 11, 2011 ........................................................................................ PA-1

2. Rebuttal Expert Report Dr. Branimir R. Vojcic (with Exhibits)
   dated September 28, 2012 .................................................................................. PA-14

3. Declaration of Dr. Branimir R. Vojcic Pursuant to 28 U.S.C. § 1746
   dated December 21, 2012 .................................................................................. PA-153

4. Excerpts from the Deposition of Branimir R. Vojcic
   taken on October 10, 2012 ................................................................................. PA-155

5. Excerpts from the Deposition of Branimir R. Vojcic
   taken on October 11, 2012 ................................................................................. PA-172

6. Excerpts from the Deposition of Kourosh Parsa
   taken on January 23, 2006 ................................................................................. PA-175

7. Declaration of Kourosh Parsa dated September 8, 2006
   in *Golden Bridge Technology, Inc. v. Nokia, Inc., et al.*,
   C.A. No. 2-05-CV-151 (E.D. Tex.) .................................................................... PA-190

8. Excerpts from the Deposition of Kourosh Parsa
   taken July 29, 2006 ............................................................................................ PA-192

9. TIA Committee TR 46.1 Contribution dated August 18, 1998
   (GOLD 001104-GOLD 001112) ........................................................................ PA-200

10. TR 46.1 Informal Meeting Notes for August 18-19, 1998
    (GOLD 041302-GOLD 041308) ....................................................................... PA-209

11. TR 46.1 Draft Meeting Notes for September 14, 16 and 17, 1998
    (GOLD 009352-GOLD 009359) ....................................................................... PA-216

12. TIA Committee TR 46.1 Contribution dated September 14, 1998
    (GOLD 009322-009328) .................................................................................. PA-224

13. TR 46.1 Response to 15 Issues Raised on October 8, 1998
    (GOLD 255868-GOLD 255904) ....................................................................... PA-231

14. Excerpts from the Deposition of Emmanuel Kanterakis
    taken on July 18, 2011 ...................................................................................... PA-268

ME1 14582714v.1

| **Document** | | **Page** |
|---|---|---|
| 15. | Excerpts from the Deposition of Kourosh Parsa taken on July 12, 2011 | PA-281 |
| 16. | TR 46.1 GBT Presentation at ITU Workshop [Nov. 10-11, 1998] dated December 15, 1998 (GOLD 016107-GOLD 016157) | PA-287 |
| 17. | WP-CDMA Joint Technical Committee Contribution Titled Interference Cancellation dated October 8, 1998 (GOLD 254875-GOLD 254891) | PA-338 |
| 18. | Issues Surrounding the Closed Loop Power Control (CLPC) in CPCH and RACH (II) (GOLD 009258-GOLD 009266) | PA-355 |
| 19. | Closed Loop Power Control on RACH and Common Packet Channel (I) (GOLD 016015-GOLD 016021) | PA-364 |
| 20. | The UL signal format for Asynchronous Packet Transmission in the Traffic Channel C-S Mode (GOLD 016022-GOLD 016027) | PA-371 |
| 21. | Convergence Proposal (GOLD 190281-GOLD 190337) | PA-377 |
| 22. | Quick Handover and Hard Handoff Option (GOLD 190363-GOLD 190368) | PA-434 |
| 23. | OMITTED | |
| 24. | First Draft of the WP-CDMA RTT dated December 14, 1998 (GOLD 016169-GOLD 016306) | PA-444 |
| 25. | TR 46.1 Draft Meeting Notes for January 18-21, 1998 (GOLD 039439-GOLD 039445) | PA-582 |
| 26. | TR 46.1 3G WIMS System Description Draft dated January 20, 1998 (GOLD 048340-GOLD 048355) | PA-589 |
| 27. | TR 46.1 IP Access Requirements dated January 18, 1999 (GOLD 039764-GOLD 039778) | PA-605 |
| 28. | TR 46.1 Common Packet Channel Simulation Assumptions (GOLD 039779-GOLD 039788) | PA-620 |
| 29. | 3GPP-RAN Working Group Agenda Titled Uplink Common Packet Channel (GOLD 223145-GOLD 223153) | PA-630 |

ME1 14582714v.1

| **Document** | | **Page** |
|---|---|---|
| 30. | 3GPP-RAN Working Group Agenda Titled Closed Loop Power Control for Random Access Channels (RACH/CPCH) (GOLD 180745-GOLD 180750) | PA-639 |
| 31. | 3GPP-RAN Working Group Agenda Titled Paper-A Throughput Delay Analysis of DSMA: Low Collision Feedback Delay for CPCH (Extension of RACH for Packet Data Transmission) (GOLD 180751-GOLD 180756) | PA-645 |
| 32. | SG RAN WG1#3 Agenda Titled Report on Ad-Hoc 14 Meeting on Thursday March 25, 1999 (GOLD 063494-GOLD 063497) | PA-651 |
| 33. | TSG-RAN Working Group 1 Document Titled Status of Packet Channel Ad Hoc 14, March 99 (GOLD 059249-GOLD 059252) | PA-655 |
| 34. | Excerpts from the Deposition of Emmanuel Kanterakis taken on July 19, 2011 | PA-659 |
| 35. | Excerpts from the Deposition of Karin Zickermann taken on July 26, 2006 | PA-662 |
| 36. | Excerpts from the Deposition of Emmanuel Kanterakis taken on June 1, 2006 | PA-666 |
| 37. | Color Scan of Excerpts from the Laboratory Notebook of Kourosh Parsa (Same as GOLD 012110-GOLD 012142) | PA-677 |
| 38. | Excerpts from the Deposition of Elmer Yuen taken on May 10, 2006 | PA-717 |
| 39. | Declaration of Emmanuel Kanterakis dated December 20, 2012 | PA-720 |
| 40. | Faxes to and from Emmanuel Kanterakis dated February 23, 1999 | PA-722 |
| 41. | Fax to David Newman sent on behalf of Emmanuel Kanterakis dated February 26, 1999 | PA-741 |
| 42. | U.S. Patent No. 6,169,759 | PA-750 |
| 43. | U.S. Patent No. 6,324,207 | PA-774 |
| 44. | U.S. Patent No. 6,389,056 | PA-805 |
| 45. | Expert Report of Melvin Garner (with Exhibits A and C-E) dated September 28, 2012 | PA-828 |

| **Document** | **Page** |
|---|---|
| 46. Supplement to Expert Report of Melvin Garner (with Exhibits) dated November 14, 2012 | PA-888 |
| 47. Excerpts from the Deposition of Anthony Acampora taken October 3, 2012 | PA-914 |
| 48. TR 46.1 Meeting Notes for October 7-9, 1998 (GOLD 016007-GOLD 016014) | PA-918 |

ME1 14582714v.1