IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC. | ) | |
| | ) | PUBLIC VERSION |
| Plaintiff, | ) | |
| | ) | C.A. No. 10-428-SLR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| APPLE INC., et al. | ) | |
| | ) | ■■■■■■■■■■■■■■■ |
| Defendants. | ) | |
| | ) | |
| | ) | ■■■■■■■■■■■■■■■ |
| | ) | |

**APPENDIX TO PLAINTIFF GOLDEN BRIDGE TECHNOLOGY, INC.'S
OPPOSITION TO DEFENDANT APPLE INC.'S MOTION FOR SUMMARY
JUDGMENT OF INVALIDITY OF ALL ASSERTED CLAIMS**

McCARTER & ENGLISH, LLP
Michael P. Kelly (# 2295)
Daniel M. Silver (# 4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*

Mark D. Giarratana
Eric E. Grondahl
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
*mgiarratana@mccarter.com*
*egrondahl@mccarter.com*

*Attorneys for Golden Bridge Technology, Inc.*

Public Version Filed:  January 31, 2013
Dated:  December 21, 2012

ME1 14582714v.1

# TABLE OF CONTENTS

**Document**                                                                                                    **Page**

1.  Excerpts from the Deposition of Kourosh Parsa
    taken on July 11, 2011 ........................................................................................ PA-1

2.  Rebuttal Expert Report Dr. Branimir R. Vojcic (with Exhibits)
    dated September 28, 2012 ................................................................................. PA-14

3.  Declaration of Dr. Branimir R. Vojcic Pursuant to 28 U.S.C. § 1746
    dated December 21, 2012 ................................................................................. PA-153

4.  Excerpts from the Deposition of Branimir R. Vojcic
    taken on October 10, 2012 ................................................................................ PA-155

5.  Excerpts from the Deposition of Branimir R. Vojcic
    taken on October 11, 2012 ................................................................................ PA-172

6.  Excerpts from the Deposition of Kourosh Parsa
    taken on January 23, 2006 ................................................................................ PA-175

7.  Declaration of Kourosh Parsa dated September 8, 2006
    in *Golden Bridge Technology, Inc. v. Nokia, Inc., et al.*,
    C.A. No. 2-05-CV-151 (E.D. Tex.) .................................................................. PA-190

8.  Excerpts from the Deposition of Kourosh Parsa
    taken July 29, 2006 .......................................................................................... PA-192

9.  TIA Committee TR 46.1 Contribution dated August 18, 1998
    (GOLD 001104-GOLD 001112) ..................................................................... PA-200

10. TR 46.1 Informal Meeting Notes for August 18-19, 1998
    (GOLD 041302-GOLD 041308) ..................................................................... PA-209

11. TR 46.1 Draft Meeting Notes for September 14, 16 and 17, 1998
    (GOLD 009352-GOLD 009359) ..................................................................... PA-216

12. TIA Committee TR 46.1 Contribution dated September 14, 1998
    (GOLD 009322-009328) .................................................................................. PA-224

13. TR 46.1 Response to 15 Issues Raised on October 8, 1998
    (GOLD 255868-GOLD 255904) ..................................................................... PA-231

14. Excerpts from the Deposition of Emmanuel Kanterakis
    taken on July 18, 2011 ..................................................................................... PA-268

| **Document** | **Page** |
|---|---|

15. Excerpts from the Deposition of Kourosh Parsa
    taken on July 12, 2011 ................................................................................................ PA-281

16. TR 46.1 GBT Presentation at ITU Workshop [Nov. 10-11, 1998]
    dated December 15, 1998 (GOLD 016107-GOLD 016157) ............................... PA-287

17. WP-CDMA Joint Technical Committee Contribution
    Titled Interference Cancellation dated October 8, 1998
    (GOLD 254875-GOLD 254891) ......................................................................... PA-338

18. Issues Surrounding the Closed Loop Power Control (CLPC) in
    CPCH and RACH (II) (GOLD 009258-GOLD 009266) .................................... PA-355

19. Closed Loop Power Control on RACH and Common Packet
    Channel (I) (GOLD 016015-GOLD 016021) ...................................................... PA-364

20. The UL signal format for Asynchronous Packet Transmission
    in the Traffic Channel C-S Mode (GOLD 016022-GOLD 016027) ................... PA-371

21. Convergence Proposal (GOLD 190281-GOLD 190337) ................................... PA-377

22. Quick Handover and Hard Handoff Option
    (GOLD 190363-GOLD 190368) ......................................................................... PA-434

23. OMITTED

24. First Draft of the WP-CDMA RTT dated December 14, 1998
    (GOLD 016169-GOLD 016306) ......................................................................... PA-444

25. TR 46.1 Draft Meeting Notes for January 18-21, 1998
    (GOLD 039439-GOLD 039445) ......................................................................... PA-582

26. TR 46.1 3G WIMS System Description Draft dated January 20, 1998
    (GOLD 048340-GOLD 048355) ......................................................................... PA-589

27. TR 46.1 IP Access Requirements dated January 18, 1999
    (GOLD 039764-GOLD 039778) ......................................................................... PA-605

28. TR 46.1 Common Packet Channel Simulation Assumptions
    (GOLD 039779-GOLD 039788) ......................................................................... PA-620

29. 3GPP-RAN Working Group Agenda Titled Uplink Common Packet
    Channel (GOLD 223145-GOLD 223153) .......................................................... PA-630

ME1 14582714v.1

**Document**                                                                         **Page**

30. 3GPP-RAN Working Group Agenda Titled Closed Loop Power Control for Random Access Channels (RACH/CPCH) (GOLD 180745-GOLD 180750) .......................................................................... PA-639

31. 3GPP-RAN Working Group Agenda Titled Paper-A Throughput Delay Analysis of DSMA: Low Collision Feedback Delay for CPCH (Extension of RACH for Packet Data Transmission) (GOLD 180751-GOLD 180756) .......................................................................... PA-645

32. SG RAN WG1#3 Agenda Titled Report on Ad-Hoc 14 Meeting on Thursday March 25, 1999 (GOLD 063494-GOLD 063497) ............................... PA-651

33. TSG-RAN Working Group 1 Document Titled Status of Packet Channel Ad Hoc 14, March 99 (GOLD 059249-GOLD 059252) ....................... PA-655

34. Excerpts from the Deposition of Emmanuel Kanterakis taken on July 19, 2011 .............................................................................. PA-659

35. Excerpts from the Deposition of Karin Zickermann taken on July 26, 2006 .............................................................................. PA-662

36. Excerpts from the Deposition of Emmanuel Kanterakis taken on June 1, 2006 .............................................................................. PA-666

37. Color Scan of Excerpts from the Laboratory Notebook of Kourosh Parsa (Same as GOLD 012110-GOLD 012142) ........................................................ PA-677

38. Excerpts from the Deposition of Elmer Yuen taken on May 10, 2006 .............................................................................. PA-717

39. Declaration of Emmanuel Kanterakis dated December 20, 2012 ........................ PA-720

40. Faxes to and from Emmanuel Kanterakis dated February 23, 1999 ..................... PA-722

41. Fax to David Newman sent on behalf of Emmanuel Kanterakis dated February 26, 1999 .............................................................................. PA-741

42. U.S. Patent No. 6,169,759 ................................................................................ PA-750

43. U.S. Patent No. 6,324,207 ................................................................................ PA-774

44. U.S. Patent No. 6,389,056 ................................................................................ PA-805

45. Expert Report of Melvin Garner (with Exhibits A and C-E) dated September 28, 2012 ................................................................................ PA-828

| **Document** | | **Page** |
|---|---|---|
| 46. | Supplement to Expert Report of Melvin Garner (with Exhibits) dated November 14, 2012 | PA-888 |
| 47. | Excerpts from the Deposition of Anthony Acampora taken October 3, 2012 | PA-914 |
| 48. | TR 46.1 Meeting Notes for October 7-9, 1998 (GOLD 016007-GOLD 016014) | PA-918 |