IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 10-428-SLR ) |
| APPLE INC., et al., | ) ) |
| Defendants. | ) ) |

**O R D E R**

At Wilmington this 9th day of April, 2013, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Golden Bridge Technology, Inc.'s motion for partial summary judgment of infringement against Apple Inc. ("Apple") (D.I. 223) is denied.

2. Apple's motion for summary judgment of non-infringement (D.I. 233) is granted.

3. Apple's motion for summary judgment of invalidity (D.I. 218) is denied.

_____
United States District Judge