IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GOLDEN BRIDGE TECHNOLOGY, INC.   )
  )
       Plaintiff,   )
  )  C.A. No. 10-428-SLR
     v.   )
  )
APPLE INC., et al.   )
  )
       Defendants.   )

**NOTICE OF APPEAL TO THE COURT OF
APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Golden Bridge Technology, Inc. ("GBT"), plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the following orders, rulings, and judgments of the United States District Court for the District of Delaware.

1.     The Amended Rule 54(b) Final Judgment entered in this action on July 1, 2013 (D.I. 344);

2.     The Rule 54(b) Final Judgment entered in this action on June 25, 2013 (D.I. 342);

3.     The Memorandum Opinion and Order regarding claim construction entered in this action on April 9, 2013 (D.I. 319 and 320);

4.     The Memorandum Opinion regarding infringement entered in this action on April 9, 2013 (D.I. 322);

5.     The Memorandum Order declining to modify the Court's April 9, 2013 Memorandum Opinion (D.I. 322) entered in this action on April 25, 2013 (D.I. 332); and

6.     The Memorandum Order declining to modify the Court's April 25, 2013 Memorandum Opinion (D.I. 332) entered in this action on June 13, 2013 (D.I. 339).

1

Included herewith is payment of the filing fee ($5.00) pursuant to 28 U.S.C. § 1917, and the appellate docketing fee ($450.00) as required by 28 U.S.C. § 1913, Federal Circuit Rule 52(a)(3)(A), and Rule 39(e) of the Federal Rules of Appellate Procedure.

**McCARTER & ENGLISH, LLP**

/s/ Daniel M. Silver
Michael P. Kelly (DE # 2295)
Daniel M. Silver (DE #4758)
Renaissance Centre
405 N. King Street 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6300
Fax:  (302) 984-6399
*mkelly@mccarter.com*
*dsilver@mccarter.com*

Mark D. Giarratana
Eric E. Grondahl
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
*mgiarratana@mccarter.com*
*egrondahl@mccarter.com*

*Attorneys for Plaintiff*
*Golden BridgeTechnology, Inc.*

Dated:  July 3, 2013

ME1 15898434v.1